| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | JASON ALAN LEBO |
| Debtor 2 (Spouse, if filing) | TIFFANY JO LEBO |
| United States Bankruptcy Court for the: | MIDDLE District of PA (State) |
| Case number | 21-00530 |

Official Form 410C13-N

# Trustee's Notice of Disbursements Made                                                12/25

The trustee must file this notice in a chapter 13 case within 45 days after the debtor completes all payments due to the trustee. Rule 3002.1(g)(1).

## Part 1: Mortgage Information

**Name of claim holder:** MIDFIRST BANK

**Court claim no.** (if known): 9

**Last 4 digits** of any number you use to identify the debtor's account: 2 8 4 1

**Property address:** 998 OLD US ROUTE 15
Number        Street

YORK SPRINGS,        PA        17372
City                State        ZIP Code

## Part 2: Statement of Completion

The debtor has completed all payments due the trustee under the chapter 13 plan. A copy of the trustee's disbursement ledger for all payments to the claim holder is attached or may be accessed here: _____ (web address).

## Part 3: Arrearages

|   | | Amount |
|---|---|---|
| a. | Allowed amount of prepetition arrearage: | $ 95.88 |
| b. | Total amount of prepetition arrearage disbursed by the trustee: | $ 95.88 |
| c. | Total amount of postpetition arrearage disbursed by the trustee: | $ |
| d. | Total amount of arrearages disbursed by the trustee: | $ 95.88 |

Official Form 410C13-N            Trustee's Notice of Disbursements Made            page 1

# Part 4: Postpetition Payments

*Check one:*

☒ Postpetition payments are made by the debtor.

☐ Postpetition payments are paid through the trustee.

☐ Other: _____

**If the trustee has disbursed postpetition payments, complete a and b below; otherwise leave blank.**

a. Total amount of postpetition payments disbursed by the trustee as of date of notice: $ _____

b. The last ongoing mortgage payment disbursed by the trustee was the payment due on _____. All subsequent ongoing mortgage payments must be made directly by the debtor to the mortgage claimant.

# Part 5: Postpetition Fees, Expenses, and Charges

Amount of postpetition fees, expenses, and charges disbursed by the trustee: $ _____

# Part 6: A Response Is Required by Bankruptcy Rule 3002.1(g)(3)

Within 28 days after service of this notice, the holder of the claim must file a response using Official Form 410C13-NR.

✗ /s/Donna Schott, Funds Manager          Date 2/24/2026
Signature

Trustee: Jack N Zaharopoulos
First Name / Middle Name / Last Name

Address: 8125 Adams Drive, Suite A
Number / Street

Hummelstown    PA    17036
City / State / ZIP Code

Contact phone (717) 566-6097          Email info@pamd13trustee.com

# Disbursements for Claim

**Case:** 21-00530　　**JASON ALAN LEBO**
**WELLS FARGO**

**Sequence:** 24
**Modify:**
**Filed Date:**
**Hold Code:**

**Acct No:** Old US Rte 15 - PRE-ARREARS
ARREARS - 998 OLD US ROUTE 15

| | | |
|---|---|---|
| **Debt:** $95.88 | **Interest Paid:** | $0.00 |
| **Amt Sched:** $166,049.00 | **Accrued Int:** | $0.00 |
| **Amt Due:** $0.00　**Paid:** $95.88 | **Balance Due:** | $0.00 |

| Claim | name | Type | Date | Check # | Principal | Interest | Total | Reconciled DisbDescrp |
|---|---|---|---|---|---|---|---|---|
| **5200** | **WELLS FARGO** | | | | | | | |
| 520-0 | WELLS FARGO | | 12/15/2021 | 9012865 | $21.01 | $0.00 | $21.01 | 12/15/2021 |
| 520-0 | WELLS FARGO | | 11/16/2021 | 9012619 | $15.72 | $0.00 | $15.72 | 11/16/2021 |
| 520-0 | WELLS FARGO | | 10/14/2021 | 9012362 | $15.71 | $0.00 | $15.71 | 10/14/2021 |
| 520-0 | WELLS FARGO | | 09/14/2021 | 9012110 | $16.18 | $0.00 | $16.18 | 09/14/2021 |
| 520-0 | WELLS FARGO | | 08/18/2021 | 9011868 | $27.26 | $0.00 | $27.26 | 08/18/2021 |
| | | | | **Sub-totals:** | $95.88 | $0.00 | $95.88 | |
| | | | | **Grand Total:** | $95.88 | $0.00 | | |