## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: Jason Alan Lebo            **BK NO. 21-00530 HWV**
      Tiffany  Jo  Lebo fka Tiffany Jo Benzel
              Debtor(s)         **Chapter 13**

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

      Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

         Respectfully submitted,

/s/ *Matthew Fissel*

Matthew Fissel
13 Mar 2026, 09:08:58, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
215-627-1322

Document ID: 798855892daf456ca0bbaff1ed1b6dbe97040fbaec2be486cdcd760f7cca485f