**Fill in this information to identify the case:**

Debtor 1        Jason Alan Lebo

Debtor 2        Tiffany  Jo  Lebo fka Tiffany Jo Benzel
(Spouse, if filing)

United States Bankruptcy Court for the:  MIDDLE  District of Pennsylvania
                                                                                (State)

Case number    21-00530 HWV

Official Form 410C13-NR

# Response to Trustee's Notice of Disbursements Made
**12/25**

**The claim holder must respond to the Trustee's Notice of Payments Made within 28 days after it was served.  Rule 3002.1(g)(3).**

## Part 1:  Mortgage Information

**Name of claim holder:**    **MIDFIRST BANK**

**Court claim no**. (if known):

9

**Last 4 digits** of any number you use to identify the debtor's account: 2841

**Property address:**        **998 Old US Route 15**
                                          Number         Street
                                          **York Springs    PA 17372**
                                          City                          State        ZIP Code

## Part 2:  Arrearages

The total amount received to cure any arrearages as of the date of this response:     $ 95.88                               .

*Check all that apply:*

☒    The amount required to cure any prepetition arrearage has been paid in full.

☐    The amount required to cure the prepetition arrearage has not been paid in full.  Amount of prepetition arrearage remaining unpaid
       as of the date of this response:      $ _____ .

☒    The amount required to cure any postpetition arrearage has been paid in full.

☐    The amount required to cure the postpetition arrearage has not been paid in full.  Amount of postpetition arrearage remaining
       unpaid as of the date of this response:     $ _____ .

Case 1:21-bk-00530-HWV    Doc 43    Filed 03/20/26    Entered 03/20/26 16:39:16    Desc
Main Document        Page 1 of 5

**Part 3:** **Postpetition Payments**

(a) *Check all that apply:*

☒ The debtor is current on all postpetition payments, including all fees, charges, expenses, escrow, and costs.

☐ The debtor is not current on all postpetition payments. The claim holder asserts that the debtor is obligated for the postpetition payment(s) that first became due on: __/__/__.

☐ The debtor has fees, charges, expenses, negative escrow amounts, or costs due and owing.

(b) The claim holder attaches a payoff statement and provides the following information as of the date of this response:

|  |  |  |
|---|---|---|
| i. | Date last payment was received on the mortgage: | 03 / 09 / 2026 |
| ii. | Date next postpetition payment from the debtor is due: | 04 / 01 / 2026 |
| iii. | Amount of the next postpetition payment that is due: | $ 1,360.80 |
| iv. | Unpaid principal balance of the loan: | $ 140,058.27 |
| v. | Additional amounts due for any deferred or accrued interest: | $ 452.27 |
| vi. | Balance of the escrow account: | $ 2,149.28 |
| vii. | Balance of unapplied funds or funds held in a suspense account: | $ 0.00 |
| viii. | Total amount of fees, charges, expenses, negative escrow amounts, or costs remaining unpaid: | $ 0.00 |

**Part 4** **Itemized Payment History**

If the claim holder disagrees that the prepetition arrearage has been paid in full, states that the debtor is not current on all postpetition payments, or states that fees, charges, expenses, escrow, and costs are due and owing, it must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- all prepetition and postpetition payments received;
- the application of all payments received;
- all fees, costs, escrow, and expenses that the claim holder asserts are recoverable against the debtor or the debtor's principal residence; and
- all amounts the claim holder contends remain unpaid.

Case 1:21-bk-00530-HWV   Doc 43   Filed 03/20/26   Entered 03/20/26 16:39:16   Desc
Main Document      Page 2 of 5

| Part 5: | Sign Here |
|---|---|

The person completing this response must sign it. Check the appropriate box:

☐ I am the claim holder.

☒ I am the claim holder's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ Matthew Fissel   Date March 19, 2026
　　　　　Signature

Name　Matthew Fissel
　　　First name　　Middle name　　Last name

Title　Attorney for Secured Creditor

Company　KML Law Group, P.C.
　　　　Identify the corporate servicer as the company if the authorized agent is a servicer.

Address　701 Market Street, Suite, 5000
　　　　Number　　Street

　　　　Philadelphia　　　　　　　PA　　19196

　　　　City　　　　　　　　State　　ZIP Code

Contact phone　(215) 627-1322　　　　　　Email bkgroup@kmllawgroup.com

Case 1:21-bk-00530-HWV   Doc 43   Filed 03/20/26   Entered 03/20/26 16:39:16   Desc
Main Document     Page 3 of 5

| | |
|---|---|
| IN RE: Jason Alan Lebo<br>    Tiffany Jo Lebo fka Tiffany Jo<br>Benzel<br>    Debtor(s) | BK NO. 21-00530 HWV<br><br>Chapter 13<br><br>Related to Claim No. 9 |
| **MIDFIRST BANK**<br>    Movant<br>        vs. | |
| **Jason Alan Lebo**<br>**Tiffany Jo Lebo fka Tiffany Jo Benzel**<br>    Debtor(s) | |
| **Jack N Zaharopoulos**,<br>    Trustee | |

**CERTIFICATE OF SERVICE**
**RESPOSEN TO TRUSTEE NOTICE OF DISBURSEMENTS**

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 20, 2026, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below:

Debtor(s)
Jason Alan Lebo
998 Old US Route 15
York Springs, PA 17372

Tiffany Jo Lebo fka Tiffany Jo Benzel
998 Old US Route 15
York Springs, PA 17372

Attorney for Debtor(s) (via ECF)
Nicholas G. Platt, Mooney Law
230 York Street
Hanover, PA 17331

Trustee (via ECF)
Jack N Zaharopoulos
Standing Chapter 13 (Trustee)
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: March 20, 2026

**/s/ Matthew Fissel**
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com

**PAYOFF FUNDS PANEL** ████████ /11/2026   4:09:01 PM ET   ████████

Account Number ████████   Name TIFFANY J BENZEL

| **Funds Detail Infor** | | **Escrow/Impound Required** | | |
|---|---|---|---|---|
| Principal | 140058.27 | 04/01/26   TAXES | | 1074.64 |
| Interest  From      03/01/26 | | | | |
|          To      04/01/26 | 452.27 | | | |
| Prepayment Penalty Interest | 0.00 | | | |
| Advance For Taxes/Insur: | 1074.64 | | | |
| FHA Premium Due HUD | 0.00 | | | |
| Optional Insurance | 0.00 | | | |
| Late Charges Due | 0.00 | **Interest Calculations** | | |
| Mortgage Balance Due: | 141585.18 | Rate    From    To/Thru    Int Due | | |
| P&I Advance | 0.00 | 3.875 03/01/26 04/01/26    452.27 | | |
| Deferred Amounts | 0.00 | | | |
| Fees Assessed with Payoff Quote | 0.00 | | | |
| Total MRA Funds Due | 0.00 | | | |

### Interest Calculations

| | | **Per Diem/Expiration Information** | |
|---|---|---|---|
| Fees Required with Payoff Funds | 61.75 | After 03/10/26         Add        0.00 | |
| Fees Currently Assessed | 0.00 | | |
| Buyer Assistance | 0.00 | Quote Expires              03/11/26 | |

### Funds to be Credited

| | | Financed Cov Rebate Good Until  00/00/00 | |
|---|---|---|---|
| Less Escrow/Impound Funds | 1074.64 | After 03/10/26         Add        0.0000 | |
| Less Unapplied Funds | 0.00 | FOR SIMPLE INSURANCE PER DAY | |
| Less Buydown Funds | 0.00 | | |
| Less Financed Cov Rebate Funds | 0.00 | | |
| Less SAC Amounts Paid | 0.00 | | |
| Less Remaining PRA | 0.00 | | |
| Less Early Refunds | 0.00 | | |
| Total Balance Due: | 140572.29 | | |

### Funds Retained

| | |
|---|---|
| Escrow/Impound Funds | 2149.28 |
| Unapplied Funds | 0.00 |
| Buydown Funds | 0.00 |

Message:   CLICK RETURN TO EXIT                              OK